# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **VANJE WRAY,** | ) <br> ) <br> ) Case No.: 3:19-cv-00436-GCM |
| Plaintiff. | ) |
| v. | ) <br> ) |
| **SIRIUS XM RADIO, INC.,** | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: October 30, 2019          By: */s/ Mitchel E. Luxenburg*
                                        Mitchel E. Luxenburg, Esquire
                                        The Law Firm of Mitch Luxenburg
                                        P.O. Box 22282
                                        Beachwood, OH 44122
                                        Phone: (216) 650-1590
                                        Email: mitch@mluxlaw.com

# CERTIFICATE OF SERVICE

      I, Mitchel E. Luxenburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Martin Warf, Esquire<br>
Nelson Mullins Riley & Scarborough LLP<br>
P.O. Box 30519<br>
Raleigh, NC 27622<br>
martin.warf@nelsonmullins.com<br>
Attorney for Defendant

Dated: October 30, 2019          By: */s/ Mitchel E. Luxenburg*
                                                   Mitchel E. Luxenburg, Esquire
                                                   The Law Firm of Mitch Luxenburg
                                                   P.O. Box 22282
                                                 Beachwood, OH 44122
                                                 Phone: (216) 650-1590
                                                 Email: mitch@mluxlaw.com