IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| VANJE WRAY, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | Civil Action No. 3:19-cv-00436-GCM |
| | § | |
| v. | § | |
| | § | |
| SIRIUS XM RADIO, INC., | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| */s/* Martin Warf | */s/* Mitchel E. Luxenburg |
|---|---|
| Martin Warf, Esq. | Mitchel E. Luxenburg, Esq. |
| Nelson Mullins Riley & Scarborough, LLP | Luxenburg & Levin, LLC |
| P.O. Box 30519 | 23875 Commerce Park Drive, Suite 105 |
| Raleigh, NC 27622 | Beachwood, OH 44122 |
| Phone: 919-877-3800 | Phone: 216-452-9301 |
| Email: martin.warf@nelsonmullins.com | Fax: 866-551-7791 |
| Attorney for the Defendant | Email: mitch@mluxlaw.com |
| | Attorney for Plaintiff |
| Date: December 23, 2019 | |
| | Date: December 23, 2019 |

BY THE COURT:

_____
J.

## CERTIFICATE OF SERVICE

I, Mitchel E. Luxenburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Martin Warf, Esq.
Nelson Mullins Riley & Scarborough, LLP
P.O. Box 30519
Raleigh, NC 27622
Phone: 919-877-3800
Email: martin.warf@nelsonmullins.com
Attorney for the Defendant

Dated: December 23, 2019         By: /s/ Mitchel E. Luxenburg
                                 Mitchel E. Luxenburg, Esq.
                                 Luxenburg & Levin, LLC
                                 23875 Commerce Park Drive, Suite 105
                                 Beachwood, OH 44122
                                 Phone: 216-452-9301
                                 Fax: 866-551-7791
                                 Email: mitch@mluxlaw.com
                                 Attorney for Plaintiff